# ALABAMA COURT OF CRIMINAL APPEALS



July 26, 2024

**CR-2023-0329**

Kelandus Tarvares Consenta v. State of Alabama (Appeal from Shelby Circuit Court: CC-17-282.60, CC-17-283.60, and CC-17-284.60)

## NOTICE

You are hereby notified that on July 26, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk